FILED

08 AUG 27 PM 3:39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2850 L

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RICARDO FLORES-GARCIA, Defendant. | Criminal Case No. ____________ NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Ricardo Flores-Garcia, Criminal Case No. 08CR2096L.

DATED: August 27, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney